## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**MID-CONTINENT CASUALTY CO.**                         **PLAINTIFF**

**V.**                                   **CASE NO.  4:07CV01154 JMM**

**ANTHONY SULLIVAN d/b/a SULLIVAN**
**CUSTOM AGRI SERVICE**                        **DEFENDANT/COUNTER**
                                               **PLAINTIFF**

**V.**

**GREG GASAWAY, LANCE GASAWAY and**
**CLINT GASAWAY**                              **DEFENDANTS**

**AND**

**MID-CONTINENT CAUSALTY CO.**                         **PLAINTIFF**

**V.**                                   **CASE NO.  4:07CV01155**

**ANTHONY SULLIVAN d/b/a SULLIVAN**
**CUSTOM AGRI SERVICE**                        **DEFENDANT/COUNTER**
                                               **PLAINTIFF**

**V.**

**GREG DAY**                                   **DEFENDANT**

### JUDGMENT

Pursuant to the Orders entered on this date, Judgment is hereby entered declaring that there is no coverage owed to the insured, Anthony Sullivan d/b/a Sullivan Custom Agri Service, no duty to defend or to indemnify under policy #06-GL-000616581 for the claims of Gregg Day or Greg Gasaway, Lance Gasaway and Clint Gasaway, in the underlying actions filed in Lincoln County Circuit Court.

IT IS SO ORDERED AND ADJUDGED this 23rd day of December, 2008.

_____
James M. Moody
United States District Judge